172 A.3d 1090

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ROBERT ALLEN, JR., DEFENDANT–PETITIONER.

C–317 September Term 2017
079658

November 14, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003722–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.